[No. 10807–7–I.   Division One.   November 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DARCY
D. WOLF, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–8–02875–8, Nancy A. Holman, J., entered
September 18, 1981. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Andersen, C.J., and Corbett,
J.

[No. 9547–1–I.   Division One.   November 15, 1982.]

PAUL A. BUTRIM, ET AL, *Respondents,* v. KEN
GORSHKOW, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 823785, James J. Dore, J., entered November
17, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 10976–6–I.   Division One.   November 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TODD
KNOYLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–8–02869–3, Jack Richey, J. Pro Tem.,
entered November 9, 1981. *Affirmed* by unpublished opin-
ion per Williams, J., concurred in by Andersen, C.J., and
Corbett, J.

[No. 9696–6–I.   Division One.   November 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. NICKEY
DAVID LUTE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–01033–2, James J. Dore, J., entered
November 21, 1980. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Williams and Corbett, JJ.